██ In the Matter of the Estate of Ross WOODWORTH, Deceased. (Appeal No. 2.) — Order unanimously affirmed, with costs, for reasons stated at Steuben County Surrogate's Court, Scudder, S. (see *Owens v Lombardi,* 41 AD2d 438). (Appeal from order of

Steuben County Surrogate's Court, Scudder, S. — vacate compromise agreement.) Present — Hancock, Jr., J. P., Denman, Green, O'Donnell and Schnepp, JJ.